IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| X2Y Attenuators, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>Intel Corporation,<br><br>    Defendant. | )<br>)<br>)<br>)   Case No. 1:17-cv-164-CB<br>)<br>)   Judge Cathy Bissoon<br>)<br>)<br>)<br>) |

## **ORDER**

AND NOW, this ____ day of September, 2017, based upon Defendant's Motion for Leave to Submit Supplemental Authority, and good cause showing, it is ORDERED that said Motion is GRANTED.  Defendant Intel Corporation is granted leave to file its Notice of Supplemental Authority.

BY THE COURT:

_____