# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| X2Y ATTENUATORS, LLC., ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | Civil Action No. 17-164E |
| v. ) | Judge Cathy Bissoon |
| ) | |
| INTEL CORPORATION, ) | |
| ) | |
| **Defendant.** ) | |

## TELEPHON CONFERENCE re: Discovery

**Before:  Judge Bissoon**

**For Plaintiff:  John Jeffrey Eichmann, Esq.**
**               Amber L. Reiner, Esq.**

**For Defendant: Michael J. Summersgill, Esq.**
**               Robert D. Finkel, Esq.**
**               Todd C. Zubler, Esq.**
**               Mathew Hult, Esq.**

**Began: October 24, 2017 at 11:00 a.m.**

**Concluded: October 24, 2017, at  12/22pm**

**Reporter:  None**

## OUTCOME

Order to follow.