**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| X2Y ATTENUATORS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 17-164E |
| | ) | |
| v. | ) | Judge Cathy Bissoon |
| | ) | |
| INTEL CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

**<u>ORDER</u>**

The Court's rulings at today's Discovery Conference are memorialized below.

Like at the Conference, the Court will make reference to the "Summary of Disputes"

chart provided by Plaintiff's counsel.

**<u>Deposition Disputes</u>**

1.    The deposition of Scott Ackerman is limited to two (2) hours.

2-4.    The depositions of Shelley Shott, Claudine Conway and James Kukunas are limited to one (1) hour, each.

5.    The deposition of Ritesh Jain is limited to three (3) hours.

6.    The deposition of Michael Kozuch is limited to five (5) hours.

7.    For the purposes of all depositions, the Court has made the following, overarching determinations: (a) the relevant timeframe is when Plaintiff's cause(s) of action accrued, not when the case was filed, to the present; (b) as to location, other than the <u>CMU</u> (information regarding which is relevant and discoverable), discovery is limited to places owned, leased or rented by Defendant; (c) discovery is limited to Defendant's employees, as opposed to non-employees; and (d) discovery is not restricted to the accused product.

Additionally, Plaintiff may inquire into the existence of data, documents, records or employees maintained, housed or stored in the Western District of Pennsylvania.  To the extent that none exist, Defendant shall make that clear in its response.

## Interrogatories and Document Requests

ROG/RFP 1.    Defendant's response obligations are governed by the limitations on scope discussed in the Court's ruling on 7, above.  Additionally, Defendant must explain the investigation-process that allowed for and/or lead to its responses.

ROG/RFP 2.    Same as 1.

ROG/RFP 3.    Same as 1.

ROG/RFP 4.    Same as 1.

ROG/RFP 5.    Same as 1, and "sporadic activity" shall be afforded its plain, dictionary meaning.

ROG/RFP 6.    Same as 1.

ROG/RFP 7.    Same as 1.  To the extent that Plaintiff's inquiries go beyond the accused-product(s), Defendant is required to provide information only as relates to products handled by Defendant's employees in this region.

ROG/RFP 9.    Same as 1.

ROG/RFP 10.   Same as 1.  Plaintiff indicated that, in light of the employee-depositions identified above, no further production is required.

ROG/RFP11.    Same as 1.  Plaintiff indicated that, so long as Mr. Jains is prepared to meaningfully testify, no further production is required.

## CMU Lab Inspection

Plaintiff's request to conduct an inspection is denied.  The information in question adequately can be explored through depositions.

IT IS SO ORDERED.


October 24, 2017                                      s\Cathy Bissoon
                                                     Cathy Bissoon
                                                     United States District Judge


cc (via ECF email notification):

All Counsel of Record